IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$15,480.00 IN UNITED STATES CURRENCY,<br><br>        Defendant,<br><br>ERIC NORRIE,<br><br>        Claimant. | 8:15CV43<br><br>ORDER |

This matter is before the court on the *pro se* claimant's motion for an additional thirty days to complete disclosures under Fed. R. Civ. P. 26(a)(1).  **See** Filing No. 16 - Motion.  In light of the claimant's representations regarding discovery, the claimant shall have until **July 10, 2015**, to complete Fed. R. Civ. P. 26(a)(1) disclosures.  Accordingly,

**IT IS ORDERED**:

The claimant's motion (Filing No. 16) is granted.

Dated this 11th day of June, 2015.

                                        BY THE COURT:

                                        s/ Thomas D. Thalken
                                        United States Magistrate Judge