IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:15CV43 |
| vs. | ORDER |
| $15,480.00 IN UNITED STATES CURRENCY, | |
| Defendant, | |
| ERIC NORRIE, | |
| Claimant. | |

This matter is before the court on the government's Consent Motion to Continue (Filing No. 19). The parties seek until August 31, 2015, to complete disclosures under Fed. R. Civ. P. 26(a)(1). Upon consideration, the parties shall have until **August 31, 2015**, to complete Fed. R. Civ. P. 26(a)(1) disclosures.

**IT IS ORDERED:**

The government's motion (Filing No. 19) is granted.

Dated this 9th day of July, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge