IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             **Plaintiff,**<br><br>     vs.<br><br>**$15,480.00 IN UNITED STATES CURRENCY,**<br><br>                             **Defendant.** | **8:15CV00043**<br><br>**ORDER** |

This matter is before the Court on the parties' Consent Motion to Stay Proceedings. (Filing No. 32.) The parties seek a stay of this action until February 17, 2017. For good cause shown,

**IT IS ORDERED:**

1. The Consent Motion to Stay Proceedings (Filing No. 32) is granted. This case shall be stayed until February 17, 2017.

2. By February 17, 2017, the parties shall jointly submit a proposed amended progression order for this case to basis@ned.uscourts.gov.

3. The clerk of court is directed to set a case management deadline in this case using the following text: February 17, 2017: Check for proposed amended progression order.

Dated this 18th day of January, 2017.

                                                               BY THE COURT:

                                                               s/ Susan M. Bazis
                                                               United States Magistrate Judge