# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:15CV43 |
| v. | ) | |
| | ) | ORDER |
| **$15,480.00 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ERIC NORRIE,** | ) | |
| | ) | |
| **Claimant.** | ) | |

This matter is before the Court on the Claimant's Motion (Filing No. 43) requesting an additional 30 days "to complete . . . Mediation, Motions for Summary Judgment and Amending Pleadings." The Claimant states he will need additional time to review the Government's responses to his pending discovery motions.

The Amended Progression Order (Filing No. 35) set the following deadlines: motions for summary judgment are due April 18, 2017; the parties' letters regarding mediation are due April 18, 2017; and motions to amend pleadings or add parties were due March 20, 2017. The Court will grant the Claimant's requested extension as to the deadlines to file motions for summary judgment and to amend pleadings. The mediation letter deadline will remain the same. Accordingly,

**IT IS ORDERED:**

1. Claimant's Motion (Filing No. 43) is granted, in part, and denied in part;

2.  All motions to dismiss or for summary judgment shall be filed not later than May 18, 2017;

3. Any motion to amend pleadings and/or add parties shall be filed not later than April 21, 2017.

**DATED: April 13, 2017.**

**BY THE COURT:**

**s/ F.A. Gossett, III
United States Magistrate Judge**