# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$15,480.00 IN UNITED STATES CURRENCY,<br><br>        Defendant,<br><br>and<br><br>ERIC NORRIE,<br><br>        Claimant. | **8:15CV43**<br><br>**ORDER** |

This matter is before the Court after review of the Status Report ([Filing No. 75](#)) filed by Plaintiff, the United States of America. Plaintiff represents that it has diligently taken steps to fulfill the parties' settlement agreement and is still investigating how to remit payment, with interest, from its client agency to Claimant. Plaintiff requests that the case remain open until Claimant is paid in full per the settlement agreement. Accordingly,

**IT IS ORDERED:** The parties shall have an extension of time to **January 8, 2018**, to electronically file a joint stipulation for dismissal or other dispositive stipulation. If on January 8, 2018, the Claimant has not yet been paid in full per the parties' settlement agreement, Plaintiff shall file an updated Status Report in lieu of filing the dismissal.

Dated this 7th day of November, 2017.

                                              BY THE COURT:

                                              s/ Michael D. Nelson<br>
                                              United States Magistrate Judge