# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$15,480.00 IN UNITED STATES CURRENCY,<br><br>        Defendant,<br><br>and<br><br>ERIC NORRIE,<br><br>        Claimant. | **8:15CV43**<br><br>**ORDER** |

This matter is before the Court following a telephone conference held on January 25, 2018, with Nancy A. Svoboda appearing on behalf of Plaintiff, United States of America, and Eric Norrie, Claimant, appearing *pro se*. The Court requested the conference to address Mr. Norrie's ongoing questions about the interest payment he received. Mr. Norrie confirmed he received the principle due to him under the settlement agreement, $10,480.00, and that a deposit of $94.72 in interest was made into his account in January, 2018. The government explained how it calculated the interest payment made to Mr. Norrie, which calculation is evidenced by the Installment Calculation (Filing No. 82-1) filed by the government on January 8, 2018. Mr. Norrie asserts he was overpaid (and also believes he may have been underpaid because the interest should have been amortized). The government maintains its position that interest was calculated correctly as set forth in Filing No. 82-1, and the Court accepted the government's position. Based on the representations from both parties made during the telephone conference, and in accordance with the Court's findings made on the record, the undersigned magistrate judge finds that Mr. Norrie has been paid in full in accordance with the parties' Joint Settlement Order and Release (Filing No. 71). Accordingly,

**IT IS ORDERED:**

1. As previously ordered ([Filing No. 84](#)), the parties shall have until **February 9, 2018**, to electronically file a joint stipulation for dismissal or other dispositive stipulation.
2. Absent compliance with this order, this case may be dismissed without further notice.

Dated this 25th day of January, 2018.

                                              BY THE COURT:

                                              s/ Michael D. Nelson
                                              United States Magistrate Judge